Kathryn Tassinari, OSB # 80115
Brent Wells, OSB # 85403
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JENNIFER L. GAWITH, | ) |
| Plaintiff, | ) Case No. 6:11-cv-06218-AC |
| vs. | ) |
| | ) ORDER FOR PAYMENT OF ATTORNEY |
| COMMISSIONER, | ) FEES PURSUANT TO EAJA PURSUANT |
| Social Security Administration | ) 28 U.S.C § 2412 |
| Defendant. | ) |

Based upon the Stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3,617.36 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

Plaintiff's original application for EAJA fees incorrectly included costs in the amount of $350.00 to which Plaintiff is not entitled as the filing fee was waived. Plaintiff's counsel has received this amount, along with $3,617.36 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Plaintiff will reimburse the $350.00 to the Federal Treasury upon entry of this Order.

Dated this 30th day of October, 2013.

_____
United States Magistrate Judge

PRESENTED BY:
s/ Kathryn Tassinari
Harder, Wells, Baron & Manning, P.C.
Of Attorneys for Plaintiff